No. 74–5869. DIXON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. ▮

No. 74–6408. CARTER *v.* ROBERTSON. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–867. KEANE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–876. UNITED STATES STEEL CORP. *v.* METRO-POLITAN SANITARY DISTRICT OF GREATER CHICAGO. App. Ct. Ill., 1st Dist. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–1099. SCOTT, ATTORNEY GENERAL OF ILLINOIS, ET AL. *v.* ILLINOIS CENTRAL RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–5054. GRIFFIN *v.* VICTOR ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–5329. BELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–5457. PHILLIPS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.